DANIEL G. BOGDEN
United States Attorney
District of Nevada
J. GREGORY DAMM
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| United States of America, )<br><br>Plaintiff, )<br><br>vs. )<br><br>MICHAEL EUGENE DAVIS, )<br><br>Defendant. ) | Case No.:  MAG. 99-1186-M-RJJ<br><br>GOVERNMENT'S MOTION TO DISMISS COMPLAINT |

Comes now the United States of America, by and through Daniel G. Bogden, United States Attorney, and J. Gregory Damm, Assistant United States Attorney, and moves this court in the interests of justice to dismiss the complaint in this action pursuant to Fed.R.Crim.P. 48(a). The defendant was recently arrested in the Southern District of California and upon dismissal of this complaint he will be transferred to the federal Bureau of Prisons to finish serving his 108-month sentence which was affirmed in *United States v. Davis*, 170 F.3d 617 (6th Cir. 1999).

Dated this the 15th day of January, 2014.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____1-16-2014_____

/s/  J. Gregory Damm

J. Gregory Damm
Assistant United States Attorney